1  PHILLIP A. TALBERT
   United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:17-CR-00087-TLN

12                     Plaintiff,          STIPULATION AND PROTECTIVE ORDER

13             v.

14  LATOMBA BISHOP, JOSHUA YADON, and
    NORMAN THOMPSON,
15
                       Defendants.
16

17         Plaintiff United States of America, by and through its attorney of record, Assistant United States

18  Attorney Jeremy J. Kelley, defendant Latomba Bishop, by and through her counsel of record, Timothy

19  Zindel, defendant Joshua Yadon, by and through his counsel of record, Michael B. Bigelow, and

20  defendant Norman Thompson, by and through his counsel of record Donald P. Dorfman, hereby

21  stipulate as follows:

22         1. The discovery in this case is several hundred pages and hours of audio and video recordings,

23  and contains personal information including, but not limited to, social security numbers, dates of birth,

24  telephone numbers, email addresses, and financial information such as credit card and bank account

25  numbers (hereinafter "Protected Information").

26         2. In the absence of a protective order, numerous redactions would be necessary to avoid the

27  unauthorized disclosure or dissemination of Protected Information to individuals not party to the court

28  proceedings in this matter. It is possible, given the nature of the evidence, that there may be Protected

STIPULATION AND PROTECTIVE                   1
ORDER

Information that is inadvertently omitted during the redaction process.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and the Court's general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information, including discovery that may be forthcoming. Discovery that does not contain Protected Information is not subject to the Protective Order.

5. Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than counsel's staff, investigator(s), or retained expert(s) (hereinafter "Defense Team"). The terms "staff," "investigator," and "expert" shall not be construed to describe the defendant, or other person not: (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert. The Defense Team shall not provide to any person copies or documents unless Protected Information has been redacted.

6. The defendant may review the Protected Information and be aware of its contents, but neither defense counsel nor the Defense Team shall provide copies of Protected Information to the defendant or allow the defendant to copy documents contacting Protected Information. Counsel may provide the defendant with copies of documents from which Protected Information has been redacted.

7. Social security numbers, birth dates, and residential addresses made in all public filings shall be made pursuant to Federal Rule of Criminal Procedure 49.1.

8. Nothing in this stipulation will be construed to prevent defense counsel, and the Defense Team a reasonable opportunity to prepare.

9. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

///
///
///
///
///

STIPULATION AND PROTECTIVE ORDER   2

1 | IT IS SO STIPULATED.

3 | Dated:  June 16, 2017 　　　　　　　By: 　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeremy J. Kelley
　　　　　　　　　　　　　　　　　　　　　　　JEREMY J. KELLEY
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　　By: 　/s/  TIMOTHY ZINDEL
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY ZINDEL
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Latomba Bishop

　　　　　　　　　　　　　　　　　　　　By: 　/s/  MICHAEL B. BIGELOW
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL B. BIGELOW
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Joshua Yadon

　　　　　　　　　　　　　　　　　　　　By: 　/s/  DONALD P. DORFMAN
　　　　　　　　　　　　　　　　　　　　　　　DONALD P. DORFMAN
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Norman Thompson

ORDER

For good cause shown, the stipulation of counsel in criminal case no. 2:17-CR-0087-TLN is approved and so ordered

Dated:  June 19, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE