PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>NORMAN THOMPSON,<br><br>                    Defendant. | CASE NO. 2:17-CR-00087-TLN<br><br>**STIPULATION TO CONTINUE ADMIT/DENY HEARING DATE; ORDER**<br><br>CURRENT DATE: June 8, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley<br><br>[PROPOSED] NEW DATE: September 7, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Defendant Norman Thompson is scheduled to appear at an admit/deny hearing on June 8, 2023, in connection with a supervised release violation alleged in a Petition for Warrant or Summons for Person Under Supervision (the "Petition") filed by the United States Probation Office ("USPO") on March 27, 2023. (*See* ECF Nos. 99, 102). Previously, on March 28, 2023, Thompson made an initial appearance on the Petition and was allowed to remain out of custody, subject to the conditions of his supervised release, including Condition 13, which subjects Thompson to random alcohol testing and screening. (*See* ECF Nos. 96, 102). The USPO informs the parties that Thompson is performing well on supervision since his release, including by submitting negative tests for alcohol use, and has been attending weekly outpatient counselling sessions. The USPO therefore recommends that the admit/deny hearing be continued in order for it to continue assessing Thompson's performance on supervision, so as to ultimately make an appropriate recommendation regarding the Petition. The parties do not oppose such continuance.

STIPULATION TO CONTINUE admit/deny hearing                        1

Accordingly, **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, that the admit/deny hearing scheduled for June 8, 2023, at 9:30 a.m. be continued to **September 7, 2023 at 9:30 a.m.**

**IT IS FURTHER STIPULATED** that Thompson shall remain out of custody but subject to the conditions of his supervised release, including, specifically, Condition Number 13 (*see* ECF No. 96), through disposition of the Petition.

Dated:  June 5, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ DHRUV M. SHARMA
DHRUV M. SHARMA
Assistant United States Attorney

Dated:  June 5, 2023

By:  /s/ DONALD P. DORFMAN
DONALD P. DORFMAN
Attorney for defendant Norman Thompson

## O R D E R

GOOD CAUSING APPEARING, the Court hereby continues the admit/deny hearing currently scheduled for June 8, 2023, at 9:30 a.m. to September 7, 2023, at 9:30 a.m.

Dated:  June 5, 2023

Troy L. Nunley
United States District Judge