PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. NORMAN THOMPSON, Defendant. | CASE NO. 2:17-CR-00087-TLN <br><br> **STIPULATION TO VACATE ADMIT/DENY HEARING AND SCHEDULE STATUS CONFERENCE; ORDER** <br><br> CURRENT DATE: September 7, 2023 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley <br><br> NEW DATE: December 7, 2023 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |
|---|---|

    Defendant Norman Thompson is scheduled to appear at an admit/deny hearing on September 7, 2023, in connection with a supervised release violation alleged in a Petition for Warrant or Summons for Person Under Supervision filed by the United States Probation Office ("USPO") on March 27, 2023. (*See* ECF Nos. 99, 102, 106). On August 25, 2023, the USPO filed a Superseding Petition for Warrant or Summons for Person Under Supervision (the "Superseding Petition"). (*See* ECF No. 109). The Superseding Petition includes an additional charge for a new law violation and alleges that Thompson was recently arrested for committing robbery in violation of California Penal Code § 211, a felony. Thompson is being currently housed at Sacramento County Jail and is being prosecuted by state authorities.

    To allow the prosecution of his state charges to resolve prior to disposition of the charges alleged in the Superseding Petition, the parties seek to vacate the currently scheduled admit/deny hearing, and

instead replace it with a status conference approximately 90 days out.

Accordingly, **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, that the admit/deny hearing scheduled for September 7, 2023, at 9:30 a.m. be vacated, and a status conference be scheduled for to **December 7, 2023, at 9:30 a.m.**

Dated:  August 30, 2023
PHILLIP A. TALBERT
United States Attorney

By:  /s/ DHRUV M. SHARMA
DHRUV M. SHARMA
Assistant United States Attorney

Dated:  August 30, 2023

By:  /s/ DONALD P. DORFMAN
DONALD P. DORFMAN
Attorney for defendant Norman Thompson

### O R D E R

GOOD CAUSING APPEARING, the Court hereby vacates the admit/deny hearing scheduled for September 7, 2023 at 9:30 a.m., and schedules a status conference for December 7, 2023, at 9:30 a.m.

Dated:  August 31, 2023

Troy L. Nunley
United States District Judge

STIPULATION TO VACATE ADMIT/DENY HEARING
AND SCHEDULE STATUS CONFERENCE

2