PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NORMAN THOMPSON,<br><br>    Defendant. | CASE NO. 2:17-CR-00087-TLN<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>CURRENT DATE: December 7, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley<br><br>[PROPOSED] NEW DATE: January 25, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Defendant Norman Thompson is scheduled to appear at a status conference on December 7, 2023, in connection with a supervised release violation alleged in a Petition for Warrant or Summons for Person Under Supervision that was filed by the United States Probation Office ("USPO") on March 27, 2023. (*See* ECF Nos. 99, 102, 106). Thompson was previously scheduled to appear on September 7, 2023, to admit/deny. On August 25, 2023, the USPO filed a Superseding Petition for Warrant or Summons for Person Under Supervision (the "Superseding Petition"). (*See* ECF No. 109). The Superseding Petition includes an additional charge for a new law violation and alleges that Thompson was arrested for committing robbery in violation of California Penal Code § 211, a felony. Because he was being prosecuted by state authorities, the parties agreed to vacate the admit/deny hearing and schedule a status conference for December 7, 2023. (*See* ECF Nos. 114-115).

Thompson remains in Sacramento County Jail and his state prosecution is ongoing. His next

appearance in state court is scheduled for December 13, 2023. To allow the prosecution of his state charges to resolve prior to disposition of the charges alleged in the Superseding Petition, the parties seek to continue the status conference. The USPO does not oppose this continuance.

Accordingly, **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, that the status conference scheduled for to December 7, 2023, be continued to **January 25, 2024**, at 9:30 a.m.

Dated:  November 29, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ DHRUV M. SHARMA
DHRUV M. SHARMA
Assistant United States Attorney

Dated:  November 29, 2023

By:  /s/ DONALD P. DORFMAN
DONALD P. DORFMAN
Attorney for defendant Norman Thompson

## O R D E R

GOOD CAUSING APPEARING, the Court hereby continues the status conference from December 7, 2023, to January 25, 2024, at 9:30 a.m.

Dated:  November 30, 2023

Troy L. Nunley
United States District Judge